Page 1 of 1

## Davis County Sheriff's Office
### Booking Information

Date/Time: 03/18/2016 8:27

| | |
|---|---|
| Booking # | : 201403041 |
| Name | : LOUDER, PORTIA RAQUEL |
| Address | : 10923 TOWNSCENTER BLVD |
| City | : HIGHLAND  UT  84003 |
| Phone | : (801) 636-1898 |
| DOB | : ███ 1971    SSN: ███ |
| POB/COB: | : SALT LAKE CITY  UTAH |
| Gender | : F    Marital: Married |
| Height | : 505    Weight: 150 |
| Eyes: | : Brown    Hair: Brown |
| Driver Lic. # | : 149396601 UT |
| Employer | : UNEMPLOYED |
| Occupation | : |
| Housing Unit | : J*4*L |
| Status | : Released |
| Release Date: | 04/29/2014 |
| Release Date: | 04/29/2014 |

| | |
|---|---|
| Arrest Date | : 04/22/2014  Time: 10:00 |
| Arr. Agency | : US MARSHAL SERVICE |
| Arr. Officer | : USM124 WERTS, R. |
| Arr. Location | : 351 S WEST TEMPLE |
| Supervisor | : 13116 HESS, T. |
| SID # | : 326590 |
| OTN | : 41926825 |
| Date Booked | : 04/22/2014  Time: 16:20 |
| Booked by | : 15301 15301 |
| Date Rec. | : 04/22/2014  Time: 16:11 |
| Received by | : 15301 15301 |
| Photo Date | : 04/22/2014  Time: 16:20 |
| Photo by | : 15240 LUND, B. |
| Search by | : 15698 SLAGOWSKI J. |
| Search type | : Level 1 |



Gang:
Gang Set:

### Emergency Information
LOUDER, CHAD    Spouse    801 921-0558    10923 TOWNSCENTER BLVD HIGHLAND UT

### Scars, Marks and Tattoos

### Classification Information
Billing Agency  US Marshal
Security  Medium

### Alias's
ROSS, PORTIA R
WILCOX, PORTIA

### Charge/Warrant Information

| Type | Length | Commit # | Credit | Charge Desc | Court | Fine Type | Bail |
|---|---|---|---|---|---|---|---|
| Hold Order Resolved | 0 | 18626-081 | 0 | 99-99-999 HOLD | Federal Marshals Service | | |

Cash Bail: $0.00    Bondable Bail: $0.00    Fines: $0.00    Total Bail: $0.00

**Louder v. Davis and Weber County Case No. 1:15-cv-158      Bates No. 33**

**Booking #:** 201403041
**Name:** LOUDER, PORTIA RAQUEL
**Released by:** 15114   SWANER, C.
**Watch Commander:** 1G0391   CALLISTER, W.
**Released to:** SELF
**Released Date:** 04/29/2014   **Time:** 10:12
**Release Desc:** Holding Authority
**Release Method:** Court Order
**Bond Company:**
**Bond Amount:**

Photo verified with Inmate _____

Medical/Medication Release: _____

Cleared for Release:
(Both Signatures Required)   Watch Cmdr _____ and
Intake Supvr _____

**Reciept Numbers:**

**Release Notes:**
CLEAR STATEWIDE C. SWANER

**Accounting Information**
**Bail Amount:** $0.00
**Commissary Bal:** $0.00
**Work Release Bal:**
**Pay for Stay Bal:**
**Self Pay Bal:**
**EHD Bal:**

**Notice to Appear**
**Court:**
**Date:**

**Release Hold Info:**

In accordance with Utah Law, you may be assessed part of the costs of your incarceration in the Davis County Jail.

I have received $_____ in debit card. I want the remainder of my funds $_____ sent to me by check totaling $_____. The total of these amounts is the balance of my money held by the Davis County Correctional Facility during my incarceration.

Davis County charges 1.5% interest per month on all over due accounts after release.

_____     _____
Inmate Signature     Date

**Louder v. Davis and Weber County Case No. 1:15-cv-158**     **Bates No. 34**

| Entry Type | When Entered | Entered By | Shift | Description |
|---|---|---|---|---|
| | | | | **LOUDER, PORTIA RAQUEL** Booking No: 2014-03041  —  Transaction Log Report  —  Date: 3/18/2016 09:16:10 |
| Released | 04/29/2014 10:12 | 15114 | 24078 | Release |
| Booking Detail | 04/29/2014 9:57 | 15114 | 24078 | DL_NUMBER (Old = ?, New = 149396601) |
| Charges & Warrants | 04/29/2014 9:43 | 15398 | 24078 | Charges |
| Meal Tray | 04/29/2014 6:51 | 16200 | 24078 | meal tray Juliet |
| Head Count | 04/29/2014 5:55 | 16200 | 24078 | head count Juliet |
| Head Count | 04/28/2014 18:19 | 15738 | 24077 | head count Juliet |
| Meal Tray | 04/28/2014 17:27 | 15738 | 24075 | meal tray Juliet |
| In Housing Unit | 04/28/2014 17:05 | 15738 | 24075 | Oyler |
| Visitor Attorney | 04/28/2014 16:12 | 15738 | 24075 | Out for a contact visit ~ Skeen/Oyler |
| Meal Tray | 04/28/2014 12:16 | 15851 | 24075 | meal tray Juliet |
| Meal Tray | 04/28/2014 6:56 | 15938 | 24075 | meal tray Juliet |
| Head Count | 04/28/2014 5:57 | 15938 | 24075 | head count Juliet |
| Meal Tray | 04/27/2014 7:28 | 15689 | 24070 | meal tray Juliet |
| Head Count | 04/27/2014 6:00 | 15938 | 24070 | head count Juliet |
| Head Count | 04/26/2014 18:05 | 16743 | 24068 | head count Juliet |
| Meal Tray | 04/26/2014 17:33 | 16743 | 24066 | meal tray Juliet |
| Housing | 04/26/2014 15:27 | 16743 | 24066 | Housing - Juliet Cell 4 Lower 201400061 SHENG, SHIQIAN |
| Med/Safety Watch | 04/26/2014 12:20 | 15903 | 24066 | V.Hubbard- Okay |
| Meal Tray | 04/26/2014 12:02 | 15903 | 24066 | Lunch Tray - Deputy Hubbard |
| Med/Safety Watch | 04/26/2014 11:57 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 11:29 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 10:57 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 10:28 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 9:57 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 9:28 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 8:58 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 8:30 | 15903 | 24066 | V.Hubbard- Okay |
| In Housing Unit | 04/26/2014 8:11 | 15903 | 24066 | in from shower |
| Dayroom | 04/26/2014 8:03 | 15903 | 24066 | Shower- |
| Med/Safety Watch | 04/26/2014 8:01 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 7:43 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 7:30 | 15903 | 24066 | V.Hubbard- Okay |
| In Housing Unit | 04/26/2014 7:15 | 15903 | 24066 | IN Med 4 wasn't out to dayroom |
| Med/Safety Watch | 04/26/2014 7:09 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 6:42 | 15903 | 24066 | VHubbard- Okay |
| Med/Safety Watch | 04/26/2014 6:36 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 6:16 | 15903 | 24066 | V.Hubbard- Okay |
| Med/Safety Watch | 04/26/2014 5:54 | 15903 | 24066 | V.Hubbard- Okay |
| Dayroom | 04/25/2014 19:01 | 15590 | 24064 | Shower - Moeai |
| In Housing Unit | 04/25/2014 14:06 | 16646 | 24061 | Medical-Penrod |
| Visitor Other | 04/25/2014 13:18 | 16646 | 24061 | Louder out to legacy-Penrod |
| Visitor Other | 04/25/2014 13:08 | 15809 | 24061 | Visitor LOUDER, CHAD |
| Meal Tray | 04/25/2014 12:01 | 15240 | 24061 | Lunch - Lund |
| Meal Tray | 04/25/2014 6:44 | 15240 | 24061 | breakfast - Lund |
| Head Count | 04/25/2014 5:58 | 15938 | 24061 | head count Medical |

Rows = 85

**Louder v. Davis and Weber County Case No. 1:15-cv-158     Bates No. 35**

| Entry Type | When Entered | Entered By | Shift | Description |
|---|---|---|---|---|
| | | | | LOUDER, PORTIA RAQUEL — Transaction Log Report — Date: 3/18/2016 09:16:10 — Booking No: 2014-03041 |
| Housing | 04/24/2014 18:56 | 15251 | 24059 | Housing - Medical Cell 4 Upper 201402634 LOZANO, MARIA CHRISTINA |
| Restrictions | 04/24/2014 18:55 | 15343 | 24059 | Restrictions |
| Head Count | 04/24/2014 18:01 | 16743 | 24059 | head count Juliet |
| Meal Tray | 04/24/2014 17:19 | 16743 | 24059 | meal tray Juliet |
| Meal Tray | 04/24/2014 12:08 | 16438 | 24057 | meal tray Juliet |
| In Housing Unit | 04/24/2014 9:20 | 16438 | 24057 | IHU~Back from medical~Freckleton |
| Medical Out | 04/24/2014 8:28 | 16438 | 24057 | OUT to Medical~Freckleton |
| Meal Tray | 04/24/2014 6:57 | 15338 | 24057 | meal tray Juliet |
| Head Count | 04/24/2014 6:00 | 15338 | 24057 | head count Juliet |
| In Housing Unit | 04/23/2014 22:05 | 15366 | 24056 | IHU |
| Medical Out | 04/23/2014 21:54 | 15366 | 24056 | Med out-Thurgood |
| Head Count | 04/23/2014 18:08 | 15366 | 24056 | head count Juliet |
| Meal Tray | 04/23/2014 17:09 | 15366 | 24054 | meal tray Juliet |
| In Housing Unit | 04/23/2014 15:14 | 15366 | 24054 | IHU |
| Charges & Warrants | 04/23/2014 14:30 | 14673 | 24054 | Charges |
| Booking Detail | 04/23/2014 14:29 | 14673 | 24054 | NOTES (Old = concealed weapon in airport//requested 129 on 04/23/2014, New = money laundering, fraud) |
| Booking Detail | 04/23/2014 14:26 | 14673 | 24054 | NOTES (Old = concealed weapon in airport, New = concealed weapon in airport//requested 129 on 04/23/2014) |
| Booking Detail | 04/23/2014 14:26 | 14673 | 24054 | NOTES (Old = ?, New = concealed weapon in airport) |
| Visitor Attorney | 04/23/2014 14:26 | 16438 | 24054 | OUT to Attorney visit in Legacy~Freckleton |
| Booking Detail | 04/23/2014 14:24 | 14673 | 24054 | SO_NUMBER (Old = ?, New = 326590) |
| Visitor Other | 04/23/2014 14:19 | 15540 | 24054 | Visitor LORENZO, ELIZABETH ANN; WILLIAMS, JON D |
| Meal Tray | 04/23/2014 12:36 | 16438 | 24054 | meal tray Juliet |
| Meal Tray | 04/23/2014 8:03 | 16438 | 24054 | meal tray Juliet |
| Print ID Card | 04/23/2014 7:43 | 15115 | 24054 | Print ID Card |
| Head Count | 04/23/2014 5:59 | 15338 | 24054 | head count Juliet |
| In Housing Unit | 04/22/2014 20:14 | 15386 | 24051 | IHU |
| Recreation | 04/22/2014 19:50 | 15386 | 24051 | REC OUT |
| Visitor Other | 04/22/2014 18:33 | 15809 | 24051 | Visitor LOUDER, CHAD |
| Head Count | 04/22/2014 18:02 | 15386 | 24051 | head count Juliet |
| Meal Tray | 04/22/2014 18:01 | 15386 | 24051 | meal tray Juliet |
| Housing | 04/22/2014 17:30 | 15386 | 24050 | Housing - Juliet Cell 4 Lower 201400061 SHENG, SHIQIAN |
| Photo | 04/22/2014 16:21 | 15301 | 24050 | EYE_COLOR_ID (Old = 0, New = Brown) HAIR_COLOR_ID (Old = 0, New = Brown) HEIGHT (Old = ?, New = 505) WEIGHT (Old = ?, New = 150) RACE_ID (Old = 0, New = White) SERVED_IN_ARMED_FORCES (Old = ?, New = No) |
| Property | 04/22/2014 16:20 | 15301 | 24050 | Property |
| Locker Change | 04/22/2014 16:20 | 15301 | 24050 | Property |
| Charges & Warrants | 04/22/2014 16:19 | 1G29A | 24050 | Charges and Warrants |
| Emergency Contacts | 04/22/2014 16:15 | 15301 | 24050 | |

| Entry Type | When Entered | Entered By | Shift | Description |
|---|---|---|---|---|
| | | | | LOUDER, PORTIA RAQUEL  Booking No: 2014-03041  Transaction Log Report  Date : 3/18/2016 09:16:10 |
| Booking Detail | 04/22/2014 16:15 | 15301 | 24050 | ADDRESS_1 (Old = ?, New = 10923 TOWNSCENTER BLVD)  CITY (Old = ?, New = HIGHLAND )  STATE_CODE (Old = ?, New = UT    Utah)  ZIP (Old = ?, New = 84003)  COB_ID (Old = ?, New = UTAH)  EMPLOYER (Old = ?, New = UNEMPLOYED)  RELIGIOUS_AFFILIATION (Old = ?, New |
| Suicide Form | 04/22/2014 16:14 | 15301 | 24050 | Suicide Questionaire |
| Medical Form | 04/22/2014 16:14 | 15301 | 24050 | Medical Questionaire |
| Housing | 04/22/2014 16:12 | 15698 | 24050 | Housing - Intake Cell 3 Position 3  201403039 BAILEY, CRYSTAL MICHELLE  201403040 JACKSON, RACHAEL EARLINE |

Louder v. Davis and Weber County Case No. 1:15-cv-158          Bates No. 37

# Davis County Sheriffs Office

(Incident Details)

Date: 03/18/2016 08:27

## Incident Details

| | | |
|---|---|---|
| **Incident #:** 1410 | **Spillman #:** | **Status:** Pending |
| **Incident Date:** 04/24/2014 20:49 | **Approved By:** | **Approved Date:** |
| **Nature:** Medical | **Updated By:** 16743 | **Last Updated:** 04/24/2014 20:49 |
| **Nature Type:** Medication | **Initial Call By:** SUITER L. 16743 | **When Entered:** 04/24/2014 20:49 |
| **Location:** Juliet | **Commander:** STAHLE L. 1G0210 | **Facility Id:** DCCF |
| | **Gang Related:** ☐ | **Race Related:** ☐ |

**Location Descr:** Juliet 4

**Initial Call:** Louder, Portia (2014-03041) called in complaining about not receiving meds and wanting to go to the hospital.

## Officer's Report

Total Rows: 1

| Name | Date | Report Type | Approved By | Status |
|---|---|---|---|---|
| SUITER L. 16743 | 04/24/2014 20:55 | Narrative | | Pending |

Inmate LOUDER, Portia (2014-03041) called the Pod saying she missed med pass and she needed her blood pressure medication. We called medical and they told me to inform her that her blood pressure medication would start tomorrow morning and she was not very pleased with that answer. She then called the pod again saying that she needed to go to the hospital because she was feeling sick. She said she was coming off of Suboxone. I then relayed the information to medical, and they told me to have my deputy roll her up so she could be housed in medical. I informed Deputy Saucedo of the following information and he moved her accordingly.

## Involved Inmates

Total Rows: 1

| Booking # | Name | Involvement Type | Use of Force Descr. |
|---|---|---|---|
| 201403041 | LOUDER, PORTIA R. | Information | None |

**Louder v. Davis and Weber County Case No. 1:15-cv-158          Bates No. 38**



**Portia Raquel Louder**

#201405127

Sex: Female
DOB: [redacted]/1971 (Age 44)
Height: 5ft 5in
Weight: 143 lbs
BMI: 23.8
SSN: [redacted]
Commissary Balance: $0.00
Agency: USM (403) (18626-081)
Location: [OUT]
JMS ID: 228541
Allergies: NKMA

Reports
Full Patient History

# Full Patient History

Name: Louder, Portia Raquel

DOB: [redacted] 1971

Sex: Female

SSN: [redacted]

JMS ID: 228541

Race: White

Location: [OUT]

Allergies: NKMA

## Medical Sick Calls

| Call Date | 04-24-2014 8:58 am |
|---|---|
| Clinician Name | DIANA FLETCHER PA |
| Requested by Patient? | Yes |
| Subjective | 04-24-2014 8:47 am - FLETCHER PA, DIANA : Requesting to be seen & placed on medications- takes multiple outide of jail. MH update: Met with IM, she reports that she has been taking suboxone for about 10 years, reports that she has been on adderall, tamazepam and wellbutrin. IM is requesting to see Dr. because of concerns over high blood pressure and withdrawal from suboxone, she will be here for 5 days. IM has not had relapse since 2010. -Im complains of being sweaty and anxious. She is coming off suboxone. She thinks she is getting out in 5 days. She states she is on Lisinopril and HCTZ. Also chronic low back and SI pain. |
| Objective | 04-24-2014 8:47 am - FLETCHER PA, DIANA : Alert oriented NAD. Appears healthy. Heart regular rate and rhythm. Lungs CTAB |
| Assessment | 04-24-2014 8:47 am - FLETCHER PA, DIANA : Hypertension. Coming off suboxone. chronic low back and SI pain. |
| Plan | 04-24-2014 8:47 am - FLETCHER PA, DIANA : Start Lisinopril/HCTZ 10/12.5 mg daily. Can start opiate withdrawal protocol if she starts to have withdrawal symptoms. Ibuprofen 800 mg bid x 1 month. DF |
| Education | [blank] |
| Recorded By | Peterson, Karen |
| Notes Regarding Note Off | [blank] |

| Call Date | 04-25-2014 10:09 am |
|---|---|
| Clinician Name | Richard Russell P.A. |
| Requested by Patient? | No |
| Subjective | |

**Louder v. Davis and Weber County Case No. 1:15-cv-158     Bates No. 41**

| | |
|---|---|
| | 04-25-2014 9:51 am - Russell P.A., Richard : Inmate seen in sick call this morning, but has continued to complain throughout the day about her blood pressure and withdrawing from suboxone. She has been told multiple times that her antihypertensive medications have been ordered and she will receive them tomorrow morning. She has been started on a liquid diet and will be housed in medical for closer observation over the weekend. |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | 04-25-2014 9:51 am - Russell P.A., Richard : continue with meds as ordered. fu dsc as needed. rrr. |
| Education | [blank] |
| Recorded By | Peterson, Karen |
| Notes Regarding Note Off | [blank] |

**Louder v. Davis and Weber County Case No. 1:15-cv-158    Bates No. 42**

## Mental Health Sick Calls

| | |
|---|---|
| Call Date | 04-23-2014 5:02 pm |
| Clinician Name | Joel K Allred MSW |
| Requested by Patient? | Yes |
| Subjective | 04-23-2014 5:02 pm - Allred LCSW, Joel : Inmate requested to see Mental Health when admitted to the jail. Met with IM, she reports that she has been taking suboxone for about 10 years, reports that she has been on adderall, tamazepam and wellbutrin. IM is requesting to see Dr. because of concerns over high blood pressure and withdrawal from suboxone, she will be here for 5 days. |
| Objective | 04-23-2014 5:02 pm - Allred LCSW, Joel : IM appears calm but reports some worry because of medications, discussed addiction issues, legal issues. No suicidal thoughts, and opioid addiction appears to be in remission. |
| Assessment | [blank] |
| Plan | 04-23-2014 5:02 pm - Allred LCSW, Joel : (1) Will schedule IM with Dr. for medication evaluation and (2) IM can f/u with MH as needed. |
| Education | [blank] |
| Recorded By | Allred LCSW, Joel |
| Notes Regarding Note Off | [blank] |

| | |
|---|---|
| Call Date | 04-25-2014 3:21 pm |
| Clinician Name | Joel K Allred MSW |
| Requested by Patient? | Yes |
| Subjective | 04-25-2014 3:21 pm - Allred LCSW, Joel : IM upset about being in medical. IM reports that she is stressed about being in medical, "I can't do this," Asked for scriptures to read and I talked with program, got her scriptures to read, discussed some mindfulness and things to help her get through weekend. |
| Objective | 04-25-2014 3:21 pm - Allred LCSW, Joel : Tearful at times, insight and judgment fair, struggling as she reports she wasn't withdrawing in front of others but then would talk to medical. Worried, stressed, but reports that she gets out Tuesday. No suicidal thoughts. |
| Assessment | [blank] |
| Plan | 04-25-2014 3:21 pm - Allred LCSW, Joel : (1) IM can f/u with MH as needed. |
| Education | [blank] |
| Recorded By | Allred LCSW, Joel |
| Notes Regarding Note Off | [blank] |

**Louder v. Davis and Weber County Case No. 1:15-cv-158       Bates No. 43**



**Portia Raquel Louder**
#201405127

Sex: Female
DOB: █████ 1971 (Age 44)
Height: 5ft 5in
Weight: 143 lbs
BMI: 23.8
SSN █████████
Commissary Balance: $0.00
Agency: USM (403) (18626-081)
Location: [OUT]
JMS ID: 228541
Allergies:
NKMA

Reports
MAR by Month

# MAR

| Styling | Symbol | Result |
|---|---|---|
| 1 | ✓ | Received |
| 1 | × | Refused |
| 1 | A | Absent |
| 1 | O | Not Given |
| ? | ? | Missing |
|   |   | Upcoming / Unsaved |
| ~ | ~ | Unscheduled |

| Initials | Name |
|---|---|
| DL | Layton RN., Daniel |
| DH | Hardy RN., Darryl |
| RW | Westbroek APRN, Ryan |
| KP | RN Peterson, Karen |
| CH | Hardy RN, Celesta |
| GE | Edwards RN., Gabriele |
| MD | RN De Witt, Matthew |
| MA | Anderson RN, Marvin |

## April 2014

| Medication | Clinician | Total % | Time | 1-24 | 25 | 26 | 27 | 28 | 29 | 30 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphenhydramine25mg 1 Caps By Mouth QHS PRN Scheduled | PA FLETCHER PA, DIANA | 100% | 2000 | ~ (all) | ✓ DL 1 | ✓ DH 1 | ✓ DH 1 | ✓ RW 1 | ~ | ~ | 100% |
| HYDROCHLOROTHIAZIDE (HCTZ)12.5 1 Caps [PO] By Mouth QAM Scheduled | PA FLETCHER PA, DIANA | 83% | 0600 | ~ ... ? | ✓ KP 1 | ✓ DH 1 | ✓ CH 1 | ✓ GE 1 | ✓ GE 1 | | 83% |
| IBUPROFEN800MG 1 TAB [PO] By Mouth BID PRN Scheduled | PA FLETCHER PA, DIANA | 73% | 0600 | ~ ... ? | ✓ KP 1 | ✓ DH 1 | ✓ CH 1 | ✓ GE 1 | A GE 1 | | 67% |
|  |  |  | 2000 | ~ ... ~ A RW 1 | ✓ DL 1 | ✓ DH 1 | ✓ DH 1 | ✓ RW 1 | ~ | | 80% |
| LISINOPRIL10MG 1 TAB [PO] By Mouth QAM Scheduled | PA FLETCHER PA, DIANA | 83% | 0600 | ~ ... ? | ✓ KP 1 | ✓ DH 1 | ✓ CH 1 | ✓ GE 1 | ✓ GE 1 | | 83% |
| Loperamide2mg 1 Cap By Mouth BID PRN Scheduled | PA FLETCHER PA, DIANA | 89% | 0600 | ~ | ✓ KP 1 | ✓ DH 1 | ✓ CH 1 | ✓ GE 1 | A GE 1 | ~ | 80% |
|  |  |  | 2000 | ~ | ✓ DL 1 | ✓ DH 1 | ✓ DH 1 | ✓ RW 1 | ~ | ~ | 100% |
| Phenergan50mg 1 Tab By Mouth BID PRN Scheduled | PA FLETCHER PA, DIANA | 89% | 0600 | ~ | ✓ KP 1 | ✓ DH 1 | ✓ CH 1 | ✓ GE 1 | A GE 1 | ~ | 80% |
|  |  |  | 2000 | ~ | ✓ | ✓ | ✓ | ✓ | ~ | ~ | 100% |

**Louder v. Davis and Weber County Case No. 1:15-cv-158        Bates No. 46**

## July 2014

| Medication | Clinician | Total % | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HYDROCHLOROTHIAZIDE (HCTZ)12.5 1 Caps [PO] By Mouth QAM Scheduled | MD Wood MD, John | 71% | 0600 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | X GE1 | X CH1 | X CH1 | X GE1 | ✓ GE1 | ✓ MD1 | ✓ CH1 | ✓ CH1 | ✓ MA1 | ✓ MA1 | ✓ GE1 | ✓ GE1 | ✓ GE1 | ✓ CH1 | 71% |
| LISINOPRIL10MG 1 TAB [PO] By Mouth QAM Scheduled | MD Wood MD, John | 71% | 0600 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | X GE1 | X CH1 | X CH1 | X GE1 | ✓ GE1 | ✓ MD1 | ✓ CH1 | ✓ CH1 | ✓ MA1 | ✓ MA1 | ✓ GE1 | ✓ GE1 | ✓ GE1 | ✓ CH1 | 71% |

## August 2014

| Medication | Clinician | Total % | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HYDROCHLOROTHIAZIDE (HCTZ)12.5 1 Caps [PO] By Mouth QAM Scheduled | MD Wood MD, John | 100% | 0600 | ✓ CH1 | ✓ GE1 | ✓ GE1 | ✓ GE1 | ✓ RW1 | ✓ CH1 | ✓ CH1 | ✓ CH1 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | 100% |
| LISINOPRIL10MG 1 TAB [PO] By Mouth QAM Scheduled | MD Wood MD, John | 100% | 0600 | ✓ CH1 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | 100% |
| LISINOPRIL20MG 1 TAB [PO] By Mouth QAM Scheduled | MD Wood MD, John | 88% | 0600 | ? | ✓ GE1 | ✓ GE1 | ✓ GE1 | ✓ RW1 | ✓ CH1 | ✓ CH1 | ✓ CH1 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | 88% |

Louder v. Davis and Weber County Case No. 1:15-cv-158    Bates No. 47