IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| **PORTIA LOUDER,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**DAVIS COUNTY SHERIFF'S OFFICE,**<br>**a governmental entity of the State of Utah;**<br>**WEBER COUNTY SHERIFF'S OFFICE,**<br>**a governmental entity of the State of Utah;**<br>**and DOES 1 through 10, individually,**<br><br>　　　　**Defendants.** | **ORDER OF DISMISSAL**<br><br>Case No. 1:15-CV-158-DAK<br><br>Judge Dale A. Kimball |

　　　　On January 13, 2017, the court issued an Order granting a Motion to Withdraw as Attorney on behalf of Plaintiff Portia Louder's attorneys and ordering Plaintiff or a new counsel for Plaintiff to file a Notice of Appearance within 21 days after entry of the order. On March 23, 2017, the court issued an Order to Show Cause directing Plaintiff to respond within 10 days explaining why Plaintiff failed to enter a Notice of Appearance within the required time. More than 10 days passed, and Plaintiff did not respond to either the Order granting the Motion to Withdraw as Attorney or the Order to Show Cause.

　　　　On May 12, 2017, Defendants Davis County Sheriff's Office and Weber County Sheriff's Office filed a Motion for Summary Judgment. Plaintiff did not respond to the Motion for Summary Judgment within the time allowed for responding. On July 5, 2017, the court issued another Order to Show Cause giving Plaintiff ten days to respond to the Motion for Summary Judgment and to provide the court with a reason why the case should not be dismissed for failure to prosecute. More than ten days have passed, and Plaintiff has not provided any response or explanation to the court.

Accordingly, the court DISMISSES this action without prejudice for failure to prosecute.

DATED this 18th day of July, 2017.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge